■ CULTURAL CENTER COMMISSION, Respondent, v RENE-

LEM, INC., PARCEL 2-6, Appellant

Present—Callahan, J. P., Doerr, Denman, Boomer and Schnepp, JJ.